| | | | |
|---|---|---|---|
| Com. v. Davis | β12 WDA 2016 Affirmed | 11/16/2016 | CP–02–CR–0000989–2012 (Allegheny) |
| Com. v. Siminick | 319 WDA 2016 Affirmed | 11/16/2016 | CP–43–CR–0001805–2014 (Mercer) |
| Com. v. Pratt | 511 WDA 2016 Appeal dismissed | 11/16/2016 | CP–26–CR–0001261–2014 (Fayette) |
| Com. v. Beer | 661 WDA 2016 Reversed and Remanded | 11/16/2016 | CP–33–CR–0000011–2007 (Jefferson) |
| Com. v. Beer | 662 WDA 2016 Reversed and Remanded | 11/16/2016 | CP–33–CR–0000498–2006 (Jefferson) |
| Com. v. Beer | 663 WDA 2016 Reversed and Remanded | 11/16/2016 | CP–33–CR–0000494–2006 (Jefferson) |
| Com. v. Baxte | 1277 EDA 2015 Affirmed | 11/17/2016 | CP–51–CR–0013121–2007 (Philadelphia) |
| Com. v. Rawlings | 1597 EDA 2015 Affirmed | 11/17/2016 | CP–23–CR–0002086–2013 (Delaware) |
| Com. v. Rios | 1732 EDA 2015 Affirmed | 11/17/2016 | MC–51–CR–0021510–2011 MC–51–CR–0032469–2011 MC–51–CR–0032470–2011 (Philadelphia) |
| Xian v. Hung | 2510 EDA 2015 Affirmed | 11/17/2016 | December Term 2013, No. 2207 (Philadelphia) |
| Zangenberg v. Weis Markets | 2574 EDA 2015 Affirmed | 11/17/2016 | 10500–CV–2012 (Monroe) |
| Kachmar v. Litvin | 2794 EDA 2015 Affirmed | 11/17/2016 | No. 2013–06092 (Chester) |
| Rosario v. Northwood Manor, LLC. | 2888 EDA 2015 Affirmed | 11/17/2016 | July Term 2007, No. 00032 (Philadelphia) |
| Com. v. Figueroa | 2978 EDA 2015 Quashed | 11/17/2016 | CP–39–CR–0005268–2011 (Lehigh) |
| Mental Health Assoc. v. Biggins | 2990 EDA 2015 Quashed | 11/17/2016 | 2015–134–08 (Montgomery) |
| Com. v. Bridgett | 3082 EDA 2015 Affirmed | 11/17/2016 | CP–51–CR–0013148–2008 CP–51–CR–0013149–2008 (Philadelphia) |